UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PIERLUIGI CASTALDO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EMPRESS AMBULANCE SERVICES, LLC, d/b/a EMPRESS EMS,

    Defendant.

Case No.: 22-cv-8663

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pierluigi Castaldo, by his undersigned counsel, hereby provides notice of dismissal of the above-captioned action.

Dated: October 21, 2024

Respectfully submitted,

**REESE LLP**
*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
(212) 643-0500
*mreese@reesellp.com*

Counsel for Plaintiff

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

10/22/2024

1